**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 14-20321-CR-UNGARO**

**UNITED STATES OF AMERICA**

**v.**

**MANUEL CHAVEZ,**

   **Defendant.**

_____/

**GOVERNMENT'S MOTION PURSUANT TO**
**RULE 35 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

  The United States of America, by and through the undersigned counsel, files this motion pursuant to Rule 35 of the Federal Rules of Criminal Procedure.   The government submits that defendant Manuel Chavez provided substantial assistance as contemplated by the provision.

  In Case No. 14-20321-Cr-Ungaro, the government filed an indictment charging defendant Manuel J. Chavez with Health Care Fraud, in violation of 18 U.S.C. § 1347. The underlying facts concerned Chavez's role as owner of a pharmacy, Pharma One, which was used to submit false and fraudulent claims to Medicare prescription drug plan sponsors, including, but not limited to Blue Cross, Accendo, Silverscript, and Penn.   As a result of the submission of these false and fraudulent claims, the drug plan sponsors made payments funded by Medicare to Pharma One's corporate bank account in the amount of approximately $2,065,549.

  Based upon these facts, Chavez pleaded guilty to Count One of the indictment.   On October 28, 2014, Manuel Chavez was sentenced to a term of 37 months' imprisonment, to be followed by a three-year term of supervised release and ordered to pay restitution in the amount of $1,473,504.   A court assessment of $100 was also imposed.

Agents assigned to the Federal Bureau of Investigation, and the Office of Personnel Management, Office of Inspector General, investigated Letsy Torres for her role in recruiting patients and paying kickbacks in connection with the filing of false health care claims at the pharmacy.   Agents interviewed Manuel Chavez with regard to Torres.   Chavez agreed to testify before the federal grand jury. Based in part on the cooperation of Chavez, a federal grand jury returned an indictment charging Torres with health care fraud and conspiracy to commit the same in Case No. 15-20028-Cr-Scola.   Manuel Chavez was listed as a government witness in that prosecution.   In part due to the availability of Chavez as a witness, Torres pleaded guilty and is awaiting sentencing.

Based upon the cooperation of defendant Manuel Chavez, the United States submits that he is eligible for sentencing consideration pursuant to *Fed.R.Crim.P.* 35.

**WHEREFORE**, for the foregoing reasons, the government requests that this Court grant the government's motion for sentencing reduction, pursuant to Rule 35 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By:   /S/Christopher J. Clark
        CHRISTOPHER J. CLARK
        Assistant United States Attorney
        Florida Bar No.0588040
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9167
        Fax: (305) 536-5321
        e-mail: christopher.clark@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 8, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.


/S/Christopher J. Clark
CHRISTOPHER J. CLARK
ASSISTANT UNITED STATES ATTORNEY